IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BYRON RAY PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-740-WKW |
| | ) | [WO] |
| KARLA JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| BYRON RAY PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-109-WKW |
| | ) | [WO] |
| KARLA JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 5, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 55.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that Defendants' motion for summary judgment is GRANTED, with costs taxed against Plaintiff.

A separate final judgment will be entered.

DONE this 7th day of March, 2019.

                                            /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE